Thank you for joining us for this evening's show. We're going to be talking a little bit about the state of Maricopa and what it's like to live here in the state of Maricopa. What you're going to hear today is about the specifics of the state of Maricopa. We're going to be talking a little bit about the state of Maricopa in terms of some of the circumstances. And then at this point in time, we're going to be talking a little bit about our colleagues at the University of San Diego. And before we get started, we're going to be talking a little bit about how we've been able to preserve and how we've been able to preserve our state of Maricopa. So, John, I'm going to go ahead and start with you. What would you say this is? Well, certainly we have a very rich history. I think it's the same thing that Secretary Sondra talked about in the late afternoon morning speech. Our offices in the state of Maricopa are located in the San Diego area. Since the recession in that area, the Department of Health has been under a manager. Of course, there is a lot of obligation to do this work. One of the concerns that this report had was that Senator Andrew Hall and Tom Bernier, who speak to the state of New Orleans, couldn't get a warrant to your client and you said you'd be involved in it. When you, of course, said to them that you had been accused of all of this, I'm just saying it was stupid and you did this with bad character. This person needed to be reimbursed for all the things they did with what's in it. Well, under the 15-hour additional study on time, a part of this file is not on the state of New Orleans. It was on the reasons that he doesn't know which persons in the world he should navigate or should have been involved with in this case. He doesn't know who it was that actually involved in this entire thing. Dr. Richardson, I want to say that this wasn't even a training position at all. Well, that is part and parcel of the intervention function of the agency. We have a whole set of interventions that are going to be subsequent to what are going to be our interventions. In addition, we're going to have interventions for a lot of other locations that have been intervented since I got in. We do have a chief technician, a chief medical physician, and we're going to be shortlisting a lot of people that don't go to additional studies and need to have a training that's going to be requested by members of the university area. We're going to be sort of overseeing a lot of interventions. So there are a lot of things. Well, it's not just about time. It's about experience. Many, many years in New Orleans, you said you started in New York. You started in New York for a number of years. You did one festival in New Orleans, which is called the Plexiglas. And then you come out of New York for a couple of years, and then you leave New York for a situation in New York. So you've been in New York for many years, but the result you said is you came out of New York and you've been in New York for six years. Thank you. Thank you. So I'm going to turn it over to Jennifer to address the questions. Jennifer? Yes. Thank you, Pat. Thank you. Thanks for asking me, Pat. I'm sorry. I'm just going to give a little piece of research. It's interesting. I'm a chief medical physician, but I've done a lot of work in the last six years. I've been in New York, New York, New Jersey, and I've been in New York for a number of years. So my question is, what's the significance of a patient coming into New York? It's a personal issue. I've been in New York for many, many years, and I've been in New York for a number of years. And so I've been in New York for a number of years, and I've been in New York for a number of years, and sometimes I've been in New York for a number of years. And so my question is, what's the significance of a patient coming into New York? I've been in New York for five years. I've been in New York for five years. I've been in New York for five years, and I understand that you're a patient. Do you have that concern? Do you think about her personally? Yeah, I don't do that. The thing that concerns me most is that you're actually lecturing her. You're sitting with her, and you're every day lecturing her. It's like a stationary record. And I'm faithful toıyla só creco em unos médicos jovens and trying to, you know, if there's a possibility that someone could consider that you're doing something that's not just good for me, it's not just good for you. You're not just sitting with her, and you're never going to be able to do it to yourself. So, I think that's a huge concern to all of us. I think that's a big problem in the region. I think that's a big problem in the region. Thank you. Very good. I'm sorry. It's okay. It's okay. Thank you. There was no formal discovery of any disease until August 23rd, 2013. It was the first set of discovery that we've ever seen of a contagious disease. There was no discovery of a person with any of the individual claims or the person that it contained. And there was nothing specific about his orders, his injuries. There was never any public record request that was conducted, but there was things that were ordered to try and find out the names of the individuals that would have been reported in the journal, that would have been reported in the National Health Services, that would have tracked the claims of one of those individuals for three different days. And as part of the contagious requirement, when writing a lawsuit, you need to be able to justify any claims you see on your state law. And as the court indicated, there is no sustained requirement in the federal statute that requires you to observe any absent employees on the notice of a specific injury. And plus, the state law states you're not addressing positive symptoms of any of the three claims that come up from that year. If you're looking for school fees, which are increased every two years, which is the 30-year-old and 40-year-old, what is the difference? It is not as clean, but there's a success rate that is substantially increased when you're dealing with individual claims. You have to be competitive for all of them. If they're attached as a John Doe, initially, or as themselves, you have to include them to a particular entry that you find that you use. So I'm going to come back to this picture in a couple of minutes. Here it says, he's not addressing positive symptoms. In paragraph 24, he says that as observed, he was a co-curator of his folks. He pointed to the possibility that he was a co-curator or he wasn't a co-curator at the same time. In order to suggest that he indicated a disorder of symptoms, the reason that that's not stated under Section 1884 is because it's not in all of the sentences. It's not listed in the medical records. It's speaking and putting them into an allegation that he's a resuscitator. I mean, you know, he's a resuscitator, so he's a resuscitator, so he's a resuscitator. And I understand that's how it reads, but if you actually look at it, the majority of the sentences say that he's a resuscitator, so you just can't see that. He didn't speak. Other symptoms? Yeah, I don't know if some of them were, none of them were involved. Other symptoms? Yes, I'm going to go on. I'm going to go on. I'm going to go on. I'm going to go on. I'm going to go on. No, I'm going to go on. And I understand, Your Honor. There's also, in your court, there's enough to meet the burden under section 183 of the patent that some still should not survive. I understand, Your Honor, because he claims he failed to file the lawsuit that used these individuals within their two-year statute of limitations. Or section 183, but I don't know if that's true or not. I just want to raise that, Your Honor, on the art of, and just kind of looking back, the text correlation that he set forth in Rule 15-C, under federal law and under yours, under the state law in this court of fines, whichever one is going to be more dangerous. In this case, both of the similar procedures, rules are the same. So, in looking at those things, I'm going to raise it back up. The plaintiff has to prove that within the statute of limitations plus prior to the date, that these individuals should not be harassed until it's not a big crisis. And also, she's going to know what's going to come before her stage on the part of the plaintiff and on the part of the defense. The defense is going to be brought against the plaintiff and she's going to see that she's not being harassed. Is that correct? That is true, Your Honor. There's no motion. There's no argument. It's not in the record. There's no reason for the plaintiff to be harassed or in this final court being brought against her. And so, you would expect the plaintiff to correct the assessment of that argument by the plaintiff. However, if the court is to consider demolishing that argument, we still cannot do that. In the case of a child abuse, you just look at the original complaint and even the first amendment complaint. There's no seizures. There's no way for these particular defendants to know that they could have been brought against the plaintiff. There's no case law that has decided that would lead them to that suggestion that they would be brought in. And also, we have to look at the state-concerning identities of the parties. Those are the state-concerning identities of the parties. Since June 11, 2010, the plaintiff and Plaintiff's Counsel, the plaintiff's counsel came in and was retained readily to assist Mr. Smoley, so I can excuse me, in getting out of jail. And so, they knew the steps to take in the parties. You can't say, I'm a state plaintiff. I can't apply to parties. At the same time, that's not enough under Rule 15c. So, as I mentioned, that Rule 15c, which you would not apply even though we included it. It's just not required in this way. But even if you consider it, you should not apply if you consider that possible. And, as for the statute of limitations, it's just the importance of this under section 183 of Grounds under the Notice of Claim because, you know, some of those are filed within 180 days to save on some resources. You have to be able to apply under the statute of limitations under Arizona law. And also, I think there's still under 182 statute of limitations for 12 under 12.542 years of insurgency for that to be filed within 18 years. And so, I'm going to leave that with you. Thank you. Let me take my questions and then maybe further in the process. Sure. Thank you, thank you. Thank you. Yeah. Thank you. Thank you, thank you.
judges: Silverman, Fisher, Tallman